UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

JOHN OLIGSCHLAEGER,

      Plaintiff.

_____/

No. C 13-2961 SI (pr)

**ORDER OF DISMISSAL**

      Plaintiff sent to the court a document entitled "emergency HC appeal" on a prison grievance form concerning medical issues he had at the Valley State Prison, where he is incarcerated. In an effort to protect his rights, a new action was opened and the appeal was filed on June 26, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. In fact, he sent a letter stating that another inmate had mailed the appeal to the court, and that plaintiff did not intend to file a court action. Docket # 5. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: October 10, 2013

                                                SUSAN ILLSTON
                                                United States District Judge